# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC <br>                 Plaintiff, <br> v. <br> JACK HENRY & ASSOCIATES, INC. <br>                 Defendant. | ) ) ) ) ) ) ) ) ) ) Case No. 1:12-cv-01138-SLR |

## NOTICE OF SERVICE OF DOCUMENTS PRODUCED BY JACK HENRY & ASSOCIATES, INC. WITH ITS INITIAL INVALIDITY CONTENTIONS PURSUANT TO PARAGRAPH 4(D) OF THE DELAWARE <u>DEFAULT STANDARD FOR DISCOVERY</u>

I HEREBY CERTIFY that on June 10, 2013, Defendant Jack Henry & Associates, Inc. served its Initial Invalidity Contentions on counsel for Plaintiff, along with documents referenced in the Invalidity Contentions. The Bates numbers of the documents produced are JHA-DE-00000075–000001 through JHA-DE-00000371–000078. Defendant will supplement its production of documents related to these Initial Invalidity Contentions as additional relevant documents are discovered. The Initial Invalidity Contentions were served via email, and the documents produced were served via regular mail on all counsel of record for Plaintiff.

                              POLSINELLI PC

                              */s/ Shanti M. Katona*
                              Shanti M. Katona (Del. Bar No. 5352)
                              222 Delaware Avenue, Suite 1101
                              Wilmington, Delaware 19801
                              Telephone: (302) 252-0920
                              Facsimile: (302) 252-0921
                              skatona@polsinelli.com

                              Russell S. Jones, Jr.
                              Joshua M. McCaig
                              Polsinelli Shughart PC
                              Twelve Wyandotte Plaza,120 W. 12th Street
                              Kansas City, MO 64105
                              Telephone: (816) 421-3355

Facsimile: (816) 374-0509
rjones@polsinelli.com
jmccaig@polsinelli.com

Richard P. Stitt  KS# 14268
Polsinelli Shughart PC
6201 College Blvd., Suite 500
Overland Park, KS  66211
Telephone: 913-451-8788
Facsimile: 913-451-6205
rstitt@polsinelli.com

*Attorneys for Jack Henry & Associates, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing pleading was served upon all counsel of record via the United States District Court for the District of Delaware's ECF Document Filing System on the 11th day of June, 2013.

| | |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road , Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff* | Steven W. Ritcheson<br>Joseph C. Gabaeff<br>Heninger Garrison Davis, LLC<br>9800 D. Topanga Canyon Blvd., #347<br>Chatsworth, CA 91311<br>Telephone: 818-274-1883<br>Facsimile: 818-337-0383<br>switcheson@hgdlawfirm.com<br>jgabaeff@hgdlawfirm.com<br>*Attorneys for Plaintiff* |
| Jonathan R. Miller<br>Jacqueline K. Burt<br>Heninger Garrison Davis, LLC<br>3621 Vinings Slope, Suite 4320<br>Atlanta, GA 30339<br>jmiller@hgdlawfirm.com<br>jburt@hgdlawfirm.com<br>Telephone: (404) 996-0863, 0861<br>Facsimile: (205) 547-5506, 5502<br>*Attorneys for Plaintiff* | M. Blair Clinton<br>Heninger Garrison Davis, LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>bclinton@hgdlawfirm.com<br>Telephone: (205) 327-9116<br>Facsimile: (205) 380-8082<br>*Attorneys for Plaintiff* |
| | Maureen V. Abbey<br>Heninger Garrison Davis, LLC<br>220 St. Paul Street<br>Westfield, NJ 07090<br>Telephone: (908) 379-8475<br>Facsimile: (205) 547-5500<br>*Attorneys for Plaintiff* |

 */s/ Shanti Katona*
 Shanti M. Katona (Del. Bar No. 5352)