UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC <br><br> Plaintiff, <br><br> v. <br><br> JACK HENRY & ASSOCIATES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:12-cv-01138-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant Jack Henry & Associates, Inc.'s First Request for Production of Documents to Plaintiff Joao Bock Transaction Systems, LLC were served via email and United States Mail on the 3rd day of July, 2013, to:

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road , Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*

Jonathan R. Miller
Jacqueline K. Burt
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
jmiller@hgdlawfirm.com
jburt@hgdlawfirm.com
*Attorneys for Plaintiff*

Steven W. Ritcheson
Joseph C. Gabaeff
Heninger Garrison Davis, LLC
9800 D. Topanga Canyon Blvd., #347
Chatsworth, CA 91311
switcheson@hgdlawfirm.com
jgabaeff@hgdlawfirm.com
*Attorneys for Plaintiff*

M. Blair Clinton
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
bclinton@hgdlawfirm.com
*Attorneys for Plaintiff*

Maureen V. Abbey
Heninger Garrison Davis, LLC
220 St. Paul Street
Westfield, NJ 07090
Maureen@hgdlawfirm.com
*Attorneys for Plaintiff*

45736771.1

POLSINELLI PC

*/s/ Shanti M. Katona*
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
skatona@polsinelli.com

OF COUNSEL:
Russell S. Jones, Jr.
Joshua M. McCaig
Polsinelli PC
Twelve Wyandotte Plaza, 120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509
rjones@polsinelli.com
jmccaig@polsinelli.com

Richard P. Stitt  KS# 14268
Polsinelli PC
6201 College Blvd., Suite 500
Overland Park, KS 66211
Telephone: 913-451-8788
Facsimile: 913-451-6205
rstitt@polsinelli.com

*Attorneys for Jack Henry & Associates, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing pleading was served upon all counsel of record via the United States District Court for the District of Delaware's ECF Document Filing System on the 3rd day of July, 2013.

| | |
|---|---|
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road , Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff* | Steven W. Ritcheson<br>Joseph C. Gabaeff<br>Heninger Garrison Davis, LLC<br>9800 D. Topanga Canyon Blvd., #347<br>Chatsworth, CA 91311<br>Telephone: 818-274-1883<br>Facsimile: 818-337-0383<br>switcheson@hgdlawfirm.com<br>jgabaeff@hgdlawfirm.com<br>*Attorneys for Plaintiff* |
| Jonathan R. Miller<br>Jacqueline K. Burt<br>Heninger Garrison Davis, LLC<br>3621 Vinings Slope, Suite 4320<br>Atlanta, GA 30339<br>jmiller@hgdlawfirm.com<br>jburt@hgdlawfirm.com<br>Telephone: (404) 996-0863, 0861<br>Facsimile: (205) 547-5506, 5502<br>*Attorneys for Plaintiff* | M. Blair Clinton<br>Heninger Garrison Davis, LLC<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>bclinton@hgdlawfirm.com<br>Telephone: (205) 327-9116<br>Facsimile: (205) 380-8082<br>*Attorneys for Plaintiff*<br><br>Maureen V. Abbey<br>Heninger Garrison Davis, LLC<br>220 St. Paul Street<br>Westfield, NJ 07090<br>Telephone: (908) 379-8475<br>Facsimile: (205) 547-5500<br>*Attorneys for Plaintiff* |

      */s/ Shanti Katona*
      Attorneys for Defendant

45736771.1