# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC<br>           Plaintiff,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC.<br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:12-cv-01138-SLR<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that a copy of Defendant Jack Henry & Associates, Inc.'s Answers to Plaintiff's Second Interrogatories, along with accompanying Invalidity Claim Charts, were served via email on the 22nd day of July, 2013, to:

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road , Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*

Jonathan R. Miller
Jacqueline K. Burt
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
jmiller@hgdlawfirm.com
jburt@hgdlawfirm.com
*Attorneys for Plaintiff*

Steven W. Ritcheson
Joseph C. Gabaeff
Heninger Garrison Davis, LLC
9800 D. Topanga Canyon Blvd., #347
Chatsworth, CA 91311
swritcheson@hgdlawfirm.com
jgabaeff@hgdlawfirm.com
*Attorneys for Plaintiff*

M. Blair Clinton
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
bclinton@hgdlawfirm.com
*Attorneys for Plaintiff*

Maureen V. Abbey
Heninger Garrison Davis, LLC
220 St. Paul Street
Westfield, NJ 07090
Maureen@hgdlawfirm.com
*Attorneys for Plaintiff*

45861051.1

Dated: July 24, 2013
       Wilmington, Delaware

                                  POLSINELLI PC

                                  */s/ Shanti M. Katona*
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware  19801
Telephone:  (302) 252-0920
Facsimile:  (302) 252-0921
skatona@polsinelli.com

OF COUNSEL:
Russell S. Jones, Jr.
Joshua M. McCaig
Polsinelli PC
Twelve Wyandotte Plaza,120 W. 12th Street
Kansas City, MO 64105
Telephone:  (816) 421-3355
Facsimile:   (816) 374-0509
rjones@polsinelli.com
jmccaig@polsinelli.com

Richard P. Stitt
Polsinelli PC
6201 College Blvd., Suite 500
Overland Park, KS  66211
Telephone: 913-451-8788
Facsimile: 913-451-6205
rstitt@polsinelli.com

*Attorneys for Jack Henry & Associates, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing pleading was served upon all counsel of record via the United States District Court for the District of Delaware's ECF Document Filing System on the 24th day of July, 2013.

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road , Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*

Jonathan R. Miller
Jacqueline K. Burt
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
jmiller@hgdlawfirm.com
jburt@hgdlawfirm.com
Telephone: (404) 996-0863, 0861
Facsimile: (205) 547-5506, 5502
*Attorneys for Plaintiff*

Steven W. Ritcheson
Joseph C. Gabaeff
Heninger Garrison Davis, LLC
9800 D. Topanga Canyon Blvd., #347
Chatsworth, CA 91311
Telephone: 818-274-1883
Facsimile: 818-337-0383
switcheson@hgdlawfirm.com
jgabaeff@hgdlawfirm.com
*Attorneys for Plaintiff*

M. Blair Clinton
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
bclinton@hgdlawfirm.com
Telephone: (205) 327-9116
Facsimile: (205) 380-8082
*Attorneys for Plaintiff*

Maureen V. Abbey
Heninger Garrison Davis, LLC
220 St. Paul Street
Westfield, NJ 07090
Telephone: (908) 379-8475
Facsimile: (205) 547-5500
*Attorneys for Plaintiff*

                        */s/ Shanti Katona*
                        Attorney for Defendant