**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) | 12-cv-01138-SLR |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| JACK HENRY & ASSOCIATES, INC., | ) ) | |
| Defendant. | ) ) | |

**JOINT STIPULATION SETTING BRIEFING SCHEDULE REGARDING
COLLATERAL ESTOPPEL ARGUMENTS**

Plaintiff Joao Bock Transaction Systems, LLC ("Plaintiff"), and Defendant Jack Henry & Associates, Inc. by and through the undersigned attorneys, stipulate to the following briefing schedule on the collateral estoppel issues that the Parties' have requested permission to adjudicate before this Honorable Court.

| | |
|---|---|
| JHA's Motion on Collateral Estoppel: | January 24, 2014 |
| Plaintiff's Opposition and Cross Motion: | February 25, 2014 |
| JHA's Opposition to Cross-Motion; JHA's Reply in Support: | March 17, 2014 |
| Plaintiff's Reply in Support of Cross-Motion: | March 26, 2014 |

DATED: January 26, 2014

| **POLSINELLI PC** | **STAMOULIS & WEINBLATT LLC** |
|---|---|
| */s/ Shanti M. Katona* | /s/ Stamatios Stamoulis |
| Shanti M. Katona (Del. Bar No. 5352) | Stamatios Stamoulis #4606 |
| 222 Delaware Avenue, Suite 1101 | *stamoulis@swdelaw.com* |
| Wilmington, Delaware  19801 | Richard C. Weinblatt #5080 |
| Telephone:  (302) 252-0920 | *weinblatt@swdelaw.com* |
| Facsimile:  (302) 252-0921 | Two Fox Point Centre |
| skatona@polsinelli.com | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| OF COUNSEL: | Telephone:  (302) 999-1540 |
| Russell S. Jones, Jr. | Maureen V. Abbey |

1

| | |
|---|---|
| Joshua M. McCaig | **HENINGER GARRISON DAVIS, LLC** |
| Richard P. Stitt | 220 Saint Paul Street |
| **POLSINELLI PC** | Westfield, New Jersey 07090 |
| 900 W 48th Place, Suite 900 | Telephone: (908) 379-8475 |
| Kansas City, MO 64112-1895 | Facsimile: (908) 301-9008 |
| Telephone:  (816) 753-1000 | maureen@hgdlawfirm.com |
| Facsimile:   (816) 753-1536 | |
| rjones@polsinelli.com | *Attorneys for Plaintiff* |
| jmccaig@polsinelli.com |  *Joao Bock Transaction Systems, LLC* |
| rstitt@polsinelli.com | |

*Attorneys for*
*Jack Henry & Associates, Inc.*

IT IS SO ORDERED this _____ day of _____, 2014.

_____
U.S.D.J.

46854157.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis