UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 1:12-CV-01138 (SLR)<br><br>Judge Sue L. Robinson |

**DECLARATION OF JONATHAN R. MILLER
IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT JACK HENRY & ASSOCIATES, INC.'S
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY BASED ON COLLATERAL
ESTOPPEL**

I, Jonathan R. Miller, do hereby state and declare:

1. I am an attorney, admitted to practice in the State of Georgia and with Heninger Garrison Davis, LLC, counsel to Joao Bock Transaction Systems, LLC (hereinafter "JBTS"), in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Civil Docket Sheet for the case of *Joao Bock Transaction Systems, LLC v. Sleepy Hollow Bank*, Case No. 7:03−cv−10199−WWE (S.D. N.Y.) as of February 8, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of the JBTS's "Notice of Accused Instrumentalities" dated March 11, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of the JBTS's "Notice of Initial Claim Charts" dated May 10, 2013.

Dated: February 25, 2014

*Attorney for Plaintiff*
*Joao Bock Transaction Systems, LLC*

*/s/ Jonathan R. Miller*
Jonathan R. Miller, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
   Email: swritcheson@hgdlawfirm.com
3621 Vinings Slope, Suite 4320
Atlanta, Georgia  30339
Telephone:  (404) 996-0863, 0861
Facsimile:  (205) 547-5506, 5502