IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACK HENRY & ASSOCIATES, INC. )<br>)<br>Defendant. ) | Case No. 1:12-CV-00138-SLR |

**DEFENDANT JACK HENRY & ASSOCIATES'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Jack Henry & Associates moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff Joao Bock Transaction Systems ("JBTS") has failed to present evidence to satisfy each limitation of the Asserted Claims for U.S. Patent No. 7,096,003 and summary judgment is therefore appropriate. Jack Henry is filing herewith an accompanying Brief in Support of its Motion for Summary Judgment and incorporates by reference all arguments made therein.

For these reasons, Jack Henry requests the Court enter summary judgment on non-infringement in favor of Jack Henry, and grant Jack Henry its costs, fees and expenses to the fullest extent allowed by law and for whatever other relief Jack Henry is justly entitled.

48991667.1

Dated: October 11, 2014
      Wilmington, Delaware

                                      Respectfully submitted,

                                      **POLSINELLI PC**

                                      /s/     *Shanti M. Katona*
                                      Shanti M. Katona (Del. Bar No. 5352)
                                      222 Delaware Avenue, Suite 1101
                                      Wilmington, Delaware  19801
                                      Telephone:  (302) 252-0920
                                      Facsimile:  (302) 252-0921
                                      skatona@polsinelli.com

                                      OF COUNSEL:
                                      Russell S. Jones, Jr.
                                      Richard P. Stitt
                                      Joshua M. McCaig
                                      Polsinelli PC
                                      900 W. 48th Place, Suite 900
                                      Kansas City, MO 64112-1895
                                      Telephone:  (816) 753-1000
                                      Facsimile:  (816) 753-1536
                                      rjones@polsinelli.com
                                      rstitt@polsinelli.com
                                      jmccaig@polsinelli.com

                                      *Attorneys for Jack Henry & Associates, Inc.*

48991667.1

## CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the foregoing pleading was served upon all counsel of record via the United States District Court for the District of Delaware's ECF Document Filing System on the 11th day of October, 2014.

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road , Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*

Jonathan R. Miller
Jacqueline K. Burt
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
jmiller@hgdlawfirm.com
jburt@hgdlawfirm.com
Telephone:  (404) 996-0863, 0861
Facsimile:  (205) 547-5506, 5502
*Attorneys for Plaintiff*

Steven W. Ritcheson
Joseph C. Gabaeff
Heninger Garrison Davis, LLC
9800 D. Topanga Canyon Blvd., #347
Chatsworth, CA 91311
Telephone: 818-274-1883
Facsimile: 818-337-0383
switcheson@hgdlawfirm.com
jgabaeff@hgdlawfirm.com
*Attorneys for Plaintiff*

M. Blair Clinton
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
bclinton@hgdlawfirm.com
Telephone:  (205) 327-9116
Facsimile:  (205) 380-8082
*Attorneys for Plaintiff*

Maureen V. Abbey
Heninger Garrison Davis, LLC
220 St. Paul Street
Westfield, NJ 07090
Telephone:  (908) 379-8475
Facsimile:  (205) 547-5500
*Attorneys for Plaintiff*

/s/ *Shanti M. Katona*
Shanti M. Katona (Del. Bar No. 5352)
*Attorney for Defendant*

48991667.1