IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 12-1138-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 15th day of December 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment of invalidity (D.I. 138) is granted.

2. Plaintiff's motion for summary judgment of validity (D.I. 142) is denied.

3. Defendant's motion for summary judgment of non-infringement (D.I. 146) is granted.

4. Plaintiff's motion for summary judgment of infringement (D.I. 149) is denied.

5. Plaintiff's motion to strike defendant's motion for summary judgment of

invalidity (D.I. 157) is denied.

6. Plaintiff's motion to strike portions of defendant's motion for summary judgment of non-infringement and portions of defendant's opposition to plaintiff's motion for summary judgment of infringement (D.I. 196) is denied as moot.

7. Defendant's motion to strike new infringement theories and product functionality (D.I. 152) is denied as moot.

8. Defendant's motion to strike portions of the expert infringement report of Alex Cheng (D.I. 181) is denied as moot.

_____
United States District Judge