IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-1138-SLR ) |
| JACK HENRY & ASSOCIATES, INC., | ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of December 15, 2014;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Jack Henry & Associates and against plaintiff Joao Bock Transaction Systems, LLC.

_____
United States District Judge

Dated: 12/18/2014

_____
(By) Deputy Clerk