UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | |
| Plaintiff, | 1:12-cv-01138-SLR |
| v. | Judge Sue L. Robinson |
| JACK HENRY & ASSOCIATES, INC., | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

Dated: December 23, 2014

    Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
    Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
    **Stamoulis & Weinblatt LLC**
    Two Fox Point Centre
    6 Denny Road, Suite 307
    Wilmington, Delaware 19809
    Telephone: (302) 999-1540

Steven W. Ritcheson, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
9800 D Topanga Canyon Boulevard, #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (205) 326-3332

Maureen V. Abbey, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
220 St. Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (205) 547-5500

Jonathan R. Miller, *Pro Hac Vice*
Joseph J. Gleason, *Pro Hac Vice*
Jacqueline K. Burt, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia  30339
Telephone: (404) 996-0863, 0862, 0861
Facsimile: (205) 547-5506, 5518, 5502

Timothy C. Davis, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 327-9115
Facsimile: (205) 314-5915

*Attorneys for Plaintiff Joao Bock Transaction Systems, LLC*

## **PLAINTIFF'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

1. With this Court having entered Judgment in favor of Defendant (D.I. 241), Plaintiff respectfully requests that this Court supplement the record in preparation for an anticipated appeal to the Federal Circuit Court of Appeals.

2. Specifically, Plaintiff requests that the transcripts of the claim construction hearing held on June 9, 2014 and the summary judgment hearing held on October 31, 2014 be added to the record in this matter.  These two transcripts are attached as Exhibits A and B, respectively.

3. Counsel for Defendant was contacted on Saturday, December 20, 2014 by electronic mail to request that Defendant join Plaintiff's request.  Counsel for Defendant has indicated in an electronic mail message dated December 22, 2014 that Defendant would not join the request to supplement but is not opposed to Plaintiff's motion.

4. Accordingly, Plaintiff respectfully requests this Honorable Court supplement the record as described above.

| | |
|---|---|
| Dated: <u>December 23, 2014</u> | *Attorneys for*<br>*Plaintiff Joao Bock Transaction Systems, LLC* |
| | */s/ Stamatios Stamoulis* |
| **STAMOULIS & WEINBLATT LLC** | Stamatios Stamoulis #4606<br>    stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>    weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, Delaware  19809<br>Telephone: (302) 999-1540 |
| **HENINGER GARRISON DAVIS, LLC** | Jonathan R. Miller, *Pro Hac Vice*<br>    Email: jmiller@hgdlawfirm.com<br>Joseph J. Gleason, *Pro Hac Vice*<br>    Email: jgleason@hgdlawfirm.com<br>Jacqueline K. Burt, *Pro Hac Vice*<br>    Email: JBurt@hgdlawfirm.com<br>3621 Vinings Slope, Suite 4320<br>Atlanta, Georgia  30339<br>Telephone:  (404) 996-0863, 0862, 0861<br><br>Steven W. Ritcheson, *Pro Hac Vice*<br>    Email: swritcheson@hgdlawfirm.com<br>9800 D Topanga Canyon Boulevard, #347<br>Chatsworth, California 91311<br>Telephone:  (818) 882-1030<br><br>Maureen V. Abbey, *Pro Hac Vice*<br>    Email: maureen@hgdlawfirm.com<br>220 St. Paul Street<br>Westfield, New Jersey 07090<br>Telephone:  (908) 379-8475<br><br>Timothy C. Davis, *Pro Hac Vice*<br>    Email: Tim@hgdlawfirm.com<br>2224 1st Avenue North<br>Birmingham, Alabama 35203<br>Telephone:  (205) 327-9115 |