IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:12-cv-01138-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**JACK HENRY & ASSOCIATES, INC.'S RESPONSE
TO JOAO BOCK TRANSACTION SYSTEMS, LLC'S
<u>MOTION TO SUPPLEMENT RECORD</u>**

Jack Henry takes no position as to Joao Bock Transaction Systems's ("JBTS") Motion to Supplement Record. The Motion raises a moot issue and Jack Henry therefore leaves it to the Court's discretion if supplementing the record is appropriate.

The appeal stems from the Court awarding Jack Henry award of attorney fees due to JBTS's abusive litigation conduct. (Dkt. No. 277). While the power to supplement the record is certainly within the Court's discretion, if JBTS cited to or relied upon the materials it now seeks to make part of the record in opposing Jack Henry's motion for attorney fees, then such materials would already be part of the record. If these materials were not cited to or relied upon by JBTS in opposing Jack Henry's motion, then JBTS cannot rely upon them for its appeal. *Golden Blount, Inc. v. Robert H. Peterson Co.*, 365 F.3d 1054, 1062 (Fed. Cir. 2004) (holding that party waived argument on appeal not raised before the district court.). Therefore, Jack Henry believes that JBTS's motion is a moot issue because the materials are either part of the record or cannot be relied upon on appeal.

53145146.1

If the Court does allow JBTS to supplement the record with the requested materials, Jack Henry does not waive and expressly reserves any rights it may have regarding JBTS's waiver of arguments not made before this Court.

Dated: May 17, 2016

Wilmington, Delaware

        Respectfully submitted,

        **POLSINELLI PC**

        /s/ *Christopher M. Coggins*
        Shanti M. Katona (Del. Bar No. 5352)
        Christopher M. Coggins (Del. Bar No. 4785)
        222 Delaware Avenue, Suite 1101
        Wilmington, Delaware 19801
        Telephone: (302) 252-0920
        Facsimile: (302) 252-0921
        skatona@polsinelli.com
        ccoggins@polsinelli.com

        OF COUNSEL:

        Russell S. Jones, Jr.
        Richard P. Stitt
        Joshua M. McCaig
        Jay E. Heidrick
        Polsinelli PC
        900 W. 48th Place, Suite 900
        Kansas City, MO 64112-1895
        Telephone: (816) 753-1000
        Facsimile: (816) 753-1536
        rjones@polsinelli.com
        rstitt@polsinelli.com
        jmccaig@polsinelli.com

        *Attorneys for Jack Henry & Associates, Inc.*

53145146.1

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing pleading was served upon all counsel of record via the United States District Court for the District of Delaware's ECF Document Filing System on the 17th day of May, 2016.

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road , Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*

Jonathan R. Miller
Jacqueline K. Burt
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
jmiller@hgdlawfirm.com
jburt@hgdlawfirm.com
Telephone:  (404) 996-0863, 0861
Facsimile:  (205) 547-5506, 5502
*Attorneys for Plaintiff*

Steven W. Ritcheson
Joseph C. Gabaeff
Heninger Garrison Davis, LLC
9800 D. Topanga Canyon Blvd., #347
Chatsworth, CA 91311
Telephone: 818-274-1883
Facsimile: 818-337-0383
switcheson@hgdlawfirm.com
jgabaeff@hgdlawfirm.com
*Attorneys for Plaintiff*

M. Blair Clinton
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
bclinton@hgdlawfirm.com
Telephone:  (205) 327-9116
Facsimile:  (205) 380-8082
*Attorneys for Plaintiff*

Maureen V. Abbey
Heninger Garrison Davis, LLC
220 St. Paul Street
Westfield, NJ 07090
Maureen@hgdlawfirm.com
Telephone:  (908) 379-8475
Facsimile:  (205) 547-5500
*Attorneys for Plaintiff*

      /s/ *Christopher M. Coggins*
      Christopher M. Coggins (Del. Bar No. 4785)
      *Attorney for Defendant*

53145146.1