IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | |
| Plaintiff, | 1:12-cv-01138-SLR |
| v. | Judge Sue L. Robinson |
| JACK HENRY & ASSOCIATES, INC., | |
| Defendant. | |

## PLAINTIFF JOAO BOCK TRANSACTION SYSTEMS, LLC'S SUGGESTION OF BANKRUPTCY

Dated: June 16, 2016

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
**Stamoulis & Weinblatt LLC**
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

Steven W. Ritcheson, *Pro Hac Vice*
**Insight, PLC**
9800 D Topanga Canyon Boulevard, #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (205) 326-3332

Maureen V. Abbey, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
220 St. Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (205) 547-5500

Jonathan R. Miller, *Pro Hac Vice*
Jacqueline K. Burt, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia  30339
Telephone: (404) 996-0863, 0861
Facsimile: (205) 547-5506, 5502

Timothy C. Davis, *Pro Hac Vice*
**Heninger Garrison Davis, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 327-9115
Facsimile: (205) 314-5915

*Attorneys for Plaintiff Joao Bock Transaction Systems, LLC*

**PLAINTIFF JOAO BOCK TRANSACTION SYSTEMS, LLC'S
SUGGESTION OF BANKRUPTCY**

COMES NOW, Plaintiff-Appellant Joao Bock Transaction Systems, LLC, by and through their undersigned counsel, and would show unto the Court as follows:

1. Joao Bock Transaction Systems, LLC filed a Petition for Relief under Chapter 7 in the United States Bankruptcy Court for the District of Delaware on May 20, 2016 bearing case no. 16-11249-MFW.

WHEREFORE, PREMISES CONSIDERED, Plaintiff-Appellant suggests this action has been stayed by operation of Rule 11 U.S.C. §362.

Dated: June 16, 2016

                                    *Attorneys for*
                                    *Plaintiff Joao Bock Transaction Systems, LLC*

                                    */s/ Stamatios Stamoulis*
**STAMOULIS & WEINBLATT LLC**        Stamatios Stamoulis #4606
                                         stamoulis@swdelaw.com
                                    Richard C. Weinblatt #5080
                                         weinblatt@swdelaw.com
                                    Two Fox Point Centre
                                    6 Denny Road, Suite 307
                                    Wilmington, Delaware 19809
                                    Telephone: (302) 999-1540

**HENINGER GARRISON DAVIS, LLC**    Jonathan R. Miller, *Pro Hac Vice*
                                        Email: jmiller@hgdlawfirm.com
                                    Jacqueline K. Burt, *Pro Hac Vice*
                                        Email: JBurt@hgdlawfirm.com
                                    3621 Vinings Slope, Suite 4320
                                    Atlanta, Georgia 30339
                                    Telephone: (404) 996-0863, 0861

                                    Maureen V. Abbey, *Pro Hac Vice*
                                        Email: maureen@hgdlawfirm.com
                                    220 St. Paul Street
                                    Westfield, New Jersey 07090
                                    Telephone: (908) 379-8475

                                    Timothy C. Davis, *Pro Hac Vice*
                                        Email: Tim@hgdlawfirm.com
                                    2224 1st Avenue North
                                    Birmingham, Alabama 35203
                                    Telephone: (205) 327-9115
                                    Facsimile: (205) 314-5915

**INSIGHT, PLC**                           Steven W. Ritcheson, *Pro Hac Vice*
                                        Email: swritcheson@insightplc.com
                                    9800 D Topanga Canyon Boulevard, #347
                                    Chatsworth, California 91311
                                    Telephone: (818) 882-1030