**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

John A. Cerino
CLERK OF COURT

844 KING STREET
UNIT 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2019

**Stamatios Stamoulis**
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540

Re**:  1:12-cv-01138-SLR**- **Joao Bock Transaction Systems LLC v. Jack Henry & Associates Inc.**

Dear Counsel,

    I am returning to you CD Rom disks (1) containing Multimedia Materials In Support Of The Parties' Claim Construction Briefing   (D.I. 118) pertaining to the above closed case.

**The envelope containing the (1) CD ROM(s) is available now for pick-up at the Clerk's Office or can be mailed to counsel upon request.**

    Please call the Clerk's Office if you would like the CD ROM exhibit(s) mailed. Upon receiving the mailed exhibit, please acknowledge receipt of exhibit on the copy of this letter by signing and dating it. You will then return it to the Clerk's Office in the enclosed envelope. Thank you.

    Sincerely,

    **John A. Cerino**
    Clerk of the Court

    By: /s Samantha Miller_____
    Samantha A. Miller
    Deputy Clerk

I hereby acknowledge receipt of the above exhibit(s) on _____

_____
/sam                                                       Signature