OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 KING STREET
UNIT 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2019

**Stamatios Stamoulis**
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540

Re: **1:12-cv-01138-SLR- Joao Bock Transaction Systems LLC v. Jack Henry & Associates Inc.**

Dear Counsel,

I am returning to you CD Rom disks (1) containing Multimedia Materials In Support Of The Parties' Claim Construction Briefing (D.I. 118) pertaining to the above closed case.

**The envelope containing the (1) CD ROM(s) is available now for pick-up at the Clerk's Office or can be mailed to counsel upon request.**

Please call the Clerk's Office if you would like the CD ROM exhibit(s) mailed. Upon receiving the mailed exhibit, please acknowledge receipt of exhibit on the copy of this letter by signing and dating it. You will then return it to the Clerk's Office in the enclosed envelope. Thank you.

Sincerely,

**John A. Cerino**
Clerk of the Court

By: /s Samantha Miller
Samantha A. Miller
Deputy Clerk

I hereby acknowledge receipt of the above exhibit(s) on  12/7/2019

Signature

/sam